SMITH ET AL. v. STATE, EX REL. BOARD OF COM-
MISSIONERS OF THE COUNTY OF KOSCIUSKO.

[No. 5,699.   Filed June 27, 1907.]

APPEAL.—*Transfer.*—Where four judges cannot concur in the de-
cision of a case in the Appellate Court, the cause will be trans-
ferred to the Supreme Court (§1337o Burns 1901, Acts 1901, p.
565, §15).

From Kosciusko Circuit Court; *Lemuel W. Royse,* Judge, *pro tem.*

Action by the State of Indiana, on the relation of the Board of Commissioners of the County of Kosciusko, against Oliver P. Smith and others.   From a judgment in favor of plaintiff, defendants appeal.   (For decision on the merits, see 169 Ind. —.) *Transferred to Supreme Court.*

*Frazer, Biggs & Frazer,* for appellants.

*Cook & Graham,* for appellee.

PER CURIAM.—This appeal having been submitted to the entire court and four judges thereof not concurring in the result, the case is transferred to the Supreme Court under section fifteen of "an act concerning appeals," etc.   Acts 1901, p. 565, §1337o Burns 1901.